UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-2035 (DSD/TNL)

Carla J. H.,

    Plaintiff,

v.                      **ORDER**

Kilolo Kijakazi, Acting
Commissioner of Social Security,

    Defendant.

This matter is before the court upon the report and recommendation (R&R) of United States Magistrate Judge Tony N. Leung dated January 21, 2022. No objections have been filed to that report and recommendation.

Accordingly, based on the R&R and the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 35] is adopted in its entirety;

2. Plaintiff's motion for summary judgment [ECF No. 24] is granted in part and denied in part;

3. The Commissioner's motion for summary judgment [ECF No. 32] is denied;

4. The ALJ's residual-functional-capacity determination and decision is vacated as to steps four and five; and

5.   This matter is remanded to the commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the R&R.

Dated: February 3, 2022

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court